No. 84–822. AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL. *v.* HAROCO, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 469 U. S. 1157.] Motion of petitioners to supplement the record granted.

No. 84–1103. HILL *v.* LOCKHART, DIRECTOR, ARKANSAS DE-PARTMENT OF CORRECTION. C. A. 8th Cir. [Certiorari granted, 470 U. S. 1049.] Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that Jack T. Lassiter, Esquire, of Little Rock, Ark., be appointed to serve as counsel for peti-tioner in this case.

No. 84–6158. FERRARA *v.* BECTON, DICKINSON & CO. ET AL., 470 U. S. 1049. Motion of petitioner for reconsideration of the order denying leave to proceed *in forma pauperis* denied. JUS-TICE POWELL took no part in the consideration or decision of this motion.

No. 84–6370. IN RE BEACHUM; and
No. 84–6375. IN RE ELY. Petitions for writs of mandamus denied.

No. 83–1968. THORNBURG, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. *v.* GINGLES ET AL. Appeal from D. C. E. D. N. C. Probable jurisdiction noted limited to Questions I and III presented by the statement as to jurisdiction.

No. 84–1144. UNITED STATES *v.* VON NEUMANN. C. A. 9th Cir. Certiorari granted.

No. 84–1274. BOARD OF GOVERNORS OF THE FEDERAL RE-SERVE SYSTEM *v.* DIMENSION FINANCIAL CORP. ET AL. C. A. 10th Cir. Certiorari granted. JUSTICE WHITE took no part in the consideration or decision of this petition.